AO 451 (Rev. 2/86) Certification of Judgment - SDNY Web 5/99

RECEIVED

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

ORIX FINANCIAL SERVICES, INC formerly known as ORIX CREDIT ALLIANCE, INC.

V.

WILLIS ADAMSON and
CRYSTAL ADAMSON

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number:  05 CV 9519 (MGC)

I, __J. MICHAEL MCMAHON__, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __MARCH 1, 2006__, as it appears in the records of this court, and that
*Date*

\* no notice of appeal has been filed, and no motion of any kind listed in Rule 4(A) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

__3/15/06__
*Date*

_____
Clerk

_____
(By) Deputy Clerk

---

\* Insert the appropriate language: ... "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ... "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure [\*] have been disposed of, the latest order disposing of such a motion having been entered on [date]." ... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ... "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[\*Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -x
ORIX FINANCIAL SERVICES, INC.
formerly known as
ORIX CREDIT ALLIANCE, INC.

              Plaintiff,

- against -

WILLIS ADAMSON and
CRYSTAL ADAMSON

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

Original

DEFAULT JUDGMENT
05 CV 9519 (MGC)

This action was commenced by the filing of a Complaint and the issuance of a Summons on November 10, 2005, a copy of said Summons and Complaint having been served upon the defendants WILLIS ADAMSON and CRYSTAL ADAMSON on November 23, 2005, by personal service upon Carol Nicholas, an officer of C-A Credit Corp., defendants' designated agent for service of process in New York under the terms of documents executed by the defendants and referred and exhibited in the Complaint and proof of such service having been filed in the Office of the Clerk of the Court on or about November 23, 2005 and the said Defendants WILLIS ADAMSON and CRYSTAL ADAMSON having failed to file and serve an answer, a motion or otherwise appear in this action, and upon plaintiff's Affidavit in Support of a plaintiff's motion for a Default Judgment, exhibits annexed hereto, made and sworn to by Yvonne Kalpakoff, an officer of Plaintiff, with personal knowledge of the facts relating to plaintiff's claims herein; an Affirmation in Support of a Default Judgment of William M. Stein, Esq, a member of the firm of Stein & Stein, attorneys for the Plaintiff; a

1


ELECTRONICALLY F...
DOC #: ___
3/2/06

Statement of the amount of plaintiff's damages; and a Clerk's Certificate noting said defendants' default in the pleadings, all of which are submitted herewith,

**NOW**, on motion of William M. Stein, attorney for the plaintiff, it is

**ORDERED and ADJUDGED:**

That the Plaintiff, ORIX FINANCIAL SERVICES, INC., formerly known as ORIX CREDIT ALLIANCE, INC., have judgment against the Defendants, WILLIS ADAMSON and CRYSTAL ADAMSON in the liquidated total amount of $196,648.44 plus default interest at the rate of 1/15th of 1% per diem as provided for in the Note from March 24, 2001 to February 23, 2006, in the aggregate amount of $235,455.60 plus attorneys' fees ~~(to which plaintiff is entitled pursuant to the terms of the aforesaid Note (and the said defendants Guaranty)~~ *m.&c* in the amount of ~~$39,329.69~~ $5,000, for a total amount of ~~$471,433.73~~ $437,104.04 *m.&c*.

Dated: New York, New York
March 1, 2006

_____
U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,     CLERK

BY _____
        DEPUTY CLERK